IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:15-CV-80642-Rosenberg/Brannon

PATRICIA KENNEDY,

    Plaintiff,

vs.

NICK CORCOKIOS ENTERPRISES, INC.,

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION TO SUPPLEMENT RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendant, NICK CORCOKIOS ENTERPRISES, INC., by and through its undersigned counsel and files this, its Unopposed Motion to Supplement Response to Plaintiff's Motion for Summary Judgment (DE28) and states as follows:

1. On August 28, 2015, Defendant filed its response to Plaintiff's Motion for Summary Judgment. This request is to supplement that response with an affidavit of the owner of Defendant attesting to the fact that he has corrected all of the non-ADA compliant conditions, and explaining how he did so. Obtaining this affidavit at the time of the filing of the original response was not possible as the owner of the Defendant was out of the country.

2. Since the filing of the response, this Court referred this case to a settlement conference before U.S. Magistrate Judge David Lee Brannon. That settlement conference occurred on October 21, 2015. Unfortunately, it was unsuccessful.

3. In the underlying Motion for Summary Judgment, Plaintiff is seeking an injunction compelling the Defendant Corporation to make certain modifications to its property in order to allegedly make it ADA compliant. Defendant contends that all of those changes have been done. Therefore, this case is either moot or the Motion for Summary Judgment should be denied if the

Court feels that there are factual issues regarding the extent of the modifications and whether they are sufficient.

4. A copy of the signed proposed affidavit is attached hereto and marked as Exhibit A.

5. Undersigned counsel sought agreement on this motion from Plaintiff's counsel. He agrees to allow this supplemental response if he will be allowed to counter respondent. Undersigned counsel agrees and is submitting a proposed order to that effect.

6. The affidavit of the owner of Defendant Corporation will be helpful to this Court in explaining the modifications that have already been done, why they have been done, and may assist the Court in determining that this case is either moot or the motion for summary judgment should be denied.

Wherefore, Defendant NICK CORCOKIOS ENTERPRISES, INC., requests this Court allow it to file the attached affidavit in opposition to Plaintiff's Motion for Summary Judgment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of October 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record or pro se parties identified on the attached Service List in the manner specified.

**LABOVICK LAW GROUP**
*Attorney for Defendant*
By: S/ Joseph R. Fields, Jr
**Joseph R. Fields, Jr., Esquire**
Florida Bar No. 0654698
5220 Hood Road, Suite 200
Palm Beach Gardens, FL 33418
Telephone: 561/625-8400
Facsimile: 561/894-2986
JFields@LaBovick.com

**LABOVICK LAW GROUP**
Suite 200 · 5220 Hood Rd. · Palm Beach Gardens, FL 33418 · 561.625.8400

## SERVICE LIST
### KENNEDY v. NICK CORCOKIOS ENTERPRISES, INC.
### CASE NO. 9:15-CV-80642-Rosenberg/Brannon
### United States District Court, Southern District of Florida

Philip Michael Cullen, III, Esq.
FBN: 167853
Email: cullen@thomasbaconlaw.com
Attorneys for Plaintiff
Thomas B. Bacon, P.A.
621 South Federal Highway, Suite Four
Fort Lauderdale, FL  33301
Telephone: 954/462-0600
Facsimile: 954/462-1717